# Jail Booking Blotter

| | |
|---|---|
| Arrest # | 004985168 |
| Arrest Date | 7/6/2025 |
| Arrest Time | 4:37 PM |
| Citation # | |

| | | | |
|---|---|---|---|
| HPD/JID#: | AFIS#: 02525986 | SPN#: | SO#: 004985168 |
| FBI#: K0VCV2CP0 | SID#: 16067598 | | D.A. Accepting Charges: false |
| Defendant: CARDENAS, ALEXIS JOVANY | | | DOB: |
| SS#: M | Sex: null | Height: 5'7  Weight: 150  Age: 32 | Place of Birth: Houston |
| COUNTRY OF CITIZENSHIP: US | Race: | Hisp.: True  Eye Color: BRO | Glasses: False  Hair Color: BLK |
| Hair Type: STR | Hair Length: SHO | Mustache: N  Beard: MED | Complexion: MED  Build: HEV |
| Amputations: | | | |
| DL#: | State: | Occupation: | Alias: |
| Home Address: 9301 DAIRY VIEW LN APT 1214 | Apt#: | City: HOUSTON  State: TX | Zip: 770991360 |
| Phone: | Arresting Agency: HPD | INCIDENT#: 250025053  Multiple Defendants: | Charged Before: |
| Arresting Officer 1: michael nguyen | | Emp. Number: | Unit Number: 19G19E |
| Arresting Officer 2: | | Emp. Number: | Unit Number: |
| Transport Officer 1: | | Emp. Number: | Unit Number: |
| Transport Officer 2: | | Emp. Number: | Unit Number: |
| Hold DIV/Auth: | | Arrest Location: 10211 CLUB CREEK DR | Apt: |
| Hold Charge: Charge: MUNICIPAL - Charge: MUNICIPAL - Charge: MUNICIPAL - Charge: MUNICIPAL - | Municipal: | City: | State: |
| Details: MUNICIPAL WARRANTS | | Clothing Description: | |
| Physical Condition: Claims Good Health | | | |
| Scars: | | | |
| Tattoos: | | | |

## Emergency Notification

| | | | |
|---|---|---|---|
| Name: | Relation: | Home Phone: | Cell: |
| Address: | | | |

## Vehicle Information

| | | | | | |
|---|---|---|---|---|---|
| Year: | Make: | Model: | Color: | License#: | Towed By: |
| Location: | | | Phone#: | | |

Jail Booking Blotter
Created on 7/6/2025 6:27 PM

# Houston Municipal Courts
Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts

## Order of Dismissal

CAUSE NUMBER: 0000479 FTA 2015

THE STATE OF TEXAS
VS.
**CARDENAS, ALEXIS**

IN THE MUNICIPAL COURT
COURT NO. 25
HOUSTON, HARRIS COUNTY, TEXAS

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **FAILURE TO APPEAR (CUSTODY)**, WAS BEFORE THE COURT. THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - OFFICER NOT PRESENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

July 7, 2025

_Scott_
DARRYL SCOTT
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

7/7/2025
Date

Finding:   CASE DISMISSED - OFFICER NOT PRESENT

| | | |
|---|---|---|
| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS. IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | Court Costs: | $0.00 |
| | Fine Amt: | $0.00 |
| | Fees: | $0.00 |
| | DPS Fees: | $0.00 |
| | Collection Fees: | $0.00 |
| | Time Served: | $0.00 |
| | **Total Due:** | $0.00 |

DISMISSAL
Created on 7/7/2025 8:04 AM



# CITY OF HOUSTON
MUNICIPAL COURTS DEPARTMENT

CITY OF HOUSTON MUNICIPAL COURT
1400 LUBBOCK
HOUSTON, TX 77002

T. (713)837-0311
F. (713)247-8747
www.houstontx.gov/courts

CAUSE NO. **2014 TR 0574744**

THE STATE OF TEXAS
VS.
**ALEXIS J CARDENAS**

IN THE MUNICIPAL COURT
1400 LUBBOCK
HOUSTON, TEXAS 77002

## WARRANT OF ARREST
### FTA

TO ANY PEACE OFFICER THEREOF: THE JUDGE OF THIS COURT STATES THAT WITHIN THE PERSONAL KNOWLEDGE OF THE COURT, **ALEXIS J CARDENAS**, THE DEFENDANT IN THE ABOVE NAMED CAUSE, COMMITTED THE OFFENSE OF 'FAILURE TO APPEAR'. YOU ARE COMMANDED TO ARREST THE DEFENDANT INSTANTER AND BRING HIM BEFORE THE COURT TO BE DEALT WITH ACCORDING TO LAW.

BOND AMOUNT $ **0.00**

DATE: **JANUARY 12, 2015**

_signature_
MUNICIPAL COURT JUDGE
CITY OF HOUSTON
HARRIS COUNTY, TX

HyperCourt-FTAWARR-372320991          ub2alphablpc08
CREATED ON 1/12/2015 7:20 AM

COURT COPY

**CITY OF HOUSTON MUNICIPAL COURTS**

Pay or Resolve this ticket before your court date or **YOU MUST APPEAR**

Ticket # **135107296**

- ☐ 1400 Lubbock, Houston, TX 77002, 7:00 A.M. to 10:00 P.M. Monday - Friday, 7:00 A.M. to 4:00 P.M. Saturday
- ☐ 8300 Mykawa, Houston, TX 77048, 8:00 A.M. to 5:00 P.M. Monday - Friday
- ☑ 3203 S. Dairy Ashford, Houston, TX 77082, 8:00 A.M. to 8:00 P.M. Monday - Friday
- ☐ 9455 W. Montgomery Rd, Houston, TX 77088, 8:00 A.M. to 5:00 P.M. Monday - Friday
- *Annex Court Closed 12 P.M. - 1 P.M. Hours of Operation are subject to change

Court # **19**   Time **1100** A.M./P.M.   Date **12/29/14**

For locations and hours see page 4, call 311 or (713) 837-0311, or visit www.houstontx.gov/courts

Last Name **CARDENAS**   First Name **ALEXIS**   MI ___   ☐ DL ☐ CDL   ☑ ID ☐ MC #  ST **TX**

Race **W**   Sex **M**   DOB ___   Age **21**   Height **5'7**   Veh Lic ___   ST **TX**   Color **GRN**   Make **TOYTA**   Model **AVA**   Occ Front **2**   Occ Back **0**

Home Address **5333 INDIGO ST**   City **HOUSTON**   ST **TX**   ZIP **77074**   Area Code **832**   Home Phone **390-2585**

Work Address ___   City ___   ST ___   ZIP ___   Area Code ___   Work Phone ___

**#1** ☐ Speeding  ☐ Construction zone  ☐ Workers present  ☐ School zone  ☐ Sign  ☐ Flashing beacon

___ MPH in a ___ MPH zone   Time from: ___ to: ___

Locations:
#1 **10100 S GESSNER**
#2 **10100 S GESSNER**
#9 **10100 S GESSNER**

**#2** ☐ Ran Red Light   ☐ Stop line ☐ Crosswalk
**#3** ☐ Ran Stop Sign   ☐ Stop line ☐ Crosswalk
**#4** ☑ No DL
  ☐ Expired on ___
  ☐ Violate restriction code ___ to wit ___ **TPC 72**
  ☐ No CDL
  ☐ No Motorcycle Endorsement
  ☐ Failed to notify address change

**#5** ☐ No Seat Belt   ☐ Comm. Veh.
  ☐ Driver  ☐ Juvenile (8-16)
  ☐ Adult Passenger  ☐ Child (0-7) Seat
**#6** ☐ No Inspection   ☐ Expired on ___
**#7** ☐ No Registration
  ☐ No Front Plate
  ☐ Expired on ___
**#8** ☑ Failure to establish Financial Responsibility (No Insurance)
  ☐ 1st Offense on ___
Agency: ___ County ___ **23**

Accident Report # **152529114-P**

If commercial (vehicle, learners permit) include SSN ___
Commercial Vehicle Y/N   HAZMAT Y/N   Weather **CLR**   Traffic **LGT**   Road Surface **DRY**

OFFENSE DATE **11/30/14**   TIME **732** A.M./P.M.   SEARCH Y/N   CONSENT Y/N   ARREST Y/N

**#9** ☑ **FAILED TO YIELD ROW TURNING LEFT**
**#10** ☐
Notes / Witness name, address, phone / Witness name and ID **100** **RD 88**

DEC 04 2014

___ / ___ / ___ (issue date if different)

OFFICER NAME **S. SMITH**   Emp # ___   Dist **17**   Beat **0**

Your failure to appear, failure to pay, or failure to satisfy a judgment ordering payment of a fine and costs, may result in: 1) a warrant issued for your arrest; 2) a charge of **Failure to Appear** and **$232 fine**; 3) denial of Driver's License renewal; 4) denial of motor vehicle registration or renewal; 5) a **$30 DPS fee** for each violation charged; and 6) a **Warrant Fee of $50**. This is not an admission of guilt, but I do acknowledge receipt of this notice and I will appear in court at the time and place designated above. I am the person named and identified in this ticket.

Signature: X ___

REVISED 01/2012

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2010)

Law Enforcement and TxDOT Use ONLY
☐ FATAL   ☐ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 2
Total Num. Prsns.: 3
TxDOT Crash ID:

Mail to: Texas Department of Transportation Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780
Refer to Attached Code Sheet for Numbered Fields
* = These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 11/30/2014
- *Crash Time (24HRMM): 1858
- Case ID: 0152529114P
- Local Use:
- *County Name: Harris
- *City Name: Houston
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☑ Yes ☐ No
- Latitude (decimal degrees):
- Longitude (decimal degrees):

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: LR
- *Hwy. Num.:
- 2 Rdwy. Part: 1
- Block Num: 10600
- 3 Street Prefix: S
- *Street Name: GESSNER
- 4 Street Suffix: DR
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 35
- Const. Zone: ☑ Yes ☐ No
- Workers Present: ☐ Yes ☑ No
- Street Desc.: CONCRETE

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: ☑ Yes ☐ No
- 1 Rdwy. Sys.: LR
- Hwy. Num.:
- 2 Rdw Part: 1
- Block Num: 8400
- 3 Street Prefix:
- Street Name: CREEKBEND
- 4 Street Suffix: DR
- Distance from Int. or Ref. Marker: 0.0   ☐ FT ☐ MI
- Dir. from Int. or Ref. Marker:
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS — Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: TX
- LP Num.: CRP1015
- VIN: [redacted]
- Veh. Year: 1995
- 6 Veh. Color: RED
- Veh. Make: GEO
- Veh. Model: PRIZM
- 7 Body Style: P4
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if Checked)
- 8 DL/ID Type: 4
- DL/ID State: TX
- DL/ID Num.: [redacted]
- 9 DL Class: 5
- 10 CDL End.: 5
- 11 DL Rest.: 5
- DOB (MM/DD/YYYY): [redacted]
- Address: 7818 SUMMERDALE DR ROSENBERG, TX

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FERNANDEZ, SONIA | N | 20 | H | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- Owner ☑ / Lessee ☐
- Owner\Lessee Name Address: SONIA FERNANDEZ 7818 SUMMERDALE DR ROSENBERG TX
- Proof of Fin. Resp.: ☐ Yes ☑ No
- ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type:
- Fin. Resp. Name:
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1: 1 2 - F D - 5
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: ☑ Yes ☐ No
- Towed By: JOSHUA DORR
- Towed To: ZONE 5 TOWING & WRECKER

## VEHICLE, DRIVER, & PERSONS — Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: TX
- LP Num.: [redacted]
- VIN: [redacted]
- Veh. Year: 2001
- 6 Veh. Color: GRN
- Veh. Make: TOYOTA
- Veh. Model: AVALON
- 7 Body Style: P4
- ☐ Pol., Fire, EMS on Emergency
- 8 DL/ID Type: 4
- DL/ID State: TX
- DL/ID Num.: [redacted]
- 9 DL Class: 5
- 10 CDL End.: 5
- 11 DL Rest.: 5
- DOB: [redacted]
- Address: 5333 INDIGO ST HOUSTON, TX 77074

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CARDENAS, ALEXIS | N | 21 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | SMITH, JONATHON | N | 24 | B | 1 | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- Owner ☑ / Lessee ☐
- Owner\Lessee Name Address: ALEXIS CARDENAS 5333 INDIGO ST HOUSTON TX 77074
- Proof of Fin. Resp.: ☑ Yes ☐ No
- ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type:
- Fin. Resp. Name:
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1: 4 - R P - 3
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: ☑ Yes ☐ No
- Towed By: DELANO RICHARDSON
- Towed To: PRECISE TOWIN

Law Enforcement and TxDOT Use ONLY
Form CR-3 1/1/2010

Case ID: 0152529114P
TxDOT Crash ID:
Page 2 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | NO DL, NO INS | 135107287 |
| 2 | 1 | NO DL, NO INS, FAILED TO YIELD ROW TURNING LEFT | 135107296 |

## DAMAGE

Damaged Property Other Than Vehicles:
Owner's Name:
Owner's Address:

## CMV

Unit Num.:  ☐ 10,001 + LBS   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY
28 Veh. Oper.:
29 Carrier ID Type:
Carrier ID Num.:
Carrier's Corp. Name:
Carrier's Primary Addr.:
30 Rdwy Access:
31 Veh. Type:
RGVW GVWR:
HazMat Released: Yes ☐ No ☐
32 HazMat Class Num.:
HazMat ID Num.:
32 HazMat Class Num.:
HazMat ID Num.:
33 Cargo Body Type:
Trailer 1 Unit Num.:
RGVW GVWR:
34 Trlr. Type:
Trailer 2 Unit Num.:
RGVW GVWR:
34 Trlr. Type:
Sequence Of Events: 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4
Total Num. Axles:
Total Num. Tires:

## FACTORS & CONDITIONS

| Unit Num. | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 2 | | 37 | | | 1 | 3 | 97 | 3 | 1 | 1 | 5 |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets If Necessary)

I OFFICER S. SMITH RIDING UNIT 17E41E ON-VIEWED AN ACCIDENT AT 10600 S GESSNER ON 11-30-14 AT 1904 HRS.

UNIT #1 RED 4D CHEVY PRIZM
UNIT #2 GRN 4D TOYOTA ACALON

UNIT #1 WAS TRAVELING NORTH ON 10600 S GESSNER/8400 CREEKBEND AND UNIT #2 WAS TRAVELING SOUTH ON 10600 S GESSNER/8400 CREEKBEND. UNIT #2 FAILED TO YIELD ROW TURNING LEFT ONTO CREEKBEND AND UNIT #1 FD STRUCK UNIT #2 BRQ.

EMS 82 WAS ON SCENE.
NO ONE NEEDED TO BE TRANSPORTED.
NEITHER VEHICLE WERE DRIVEABLE.

Indicate North
Field Diagram - Not to Scale
NOT TO SCALE

Investigator's Assignment: South Gessner

## INVESTIGATOR

Time Notified (24HRMM): 1904
How Notified: HPD DISPATCH
Time Arrived (24HRMM): 1904
Report Date (MM/DD/YYYY): 11 / 30 / 2014
Invest. Comp.: ☑ Yes ☐ No
Investigator Name (Printed): S. Smith
ID Num.: [redacted]
ORI Num.: T X H P D 0 0 0 0
*Agency: HOUSTON POLICE DEPARTMENT
District/Area: 17E30

# Houston Police Department Supplemental Information Page

ORI: TXHP-
Num:
Local Use:
Crash Date: 11/30/2014
Crash Time (24HRMM): 1858
Case ID: 0152529114P

## STATEMENTS

Unit No: 1  Person No: 1  Person Type: 1  SONIA FERNANDEZ
Home: 7818 SUMMERDALE DR ROSENBERG, TX  Phone: 8323301448
Work:  Phone:

MS. FERNANDEZ SAID SHE WAS TRAVELING NORTH ON S GESSNER AND AS SHE PASSED THROUGH THE GREEN LIGHT AT THE INTERSECTION ON CREEKBEND THE OTHER UNIT SPED OUT IN FRONT OF HER AND SHE HIT HIM.

Report Date (MM/DD/YYYY): 11/30/2014
Investigator Name (Printed): S. Smith

| Houston Police Department Supplemental Information Page | ORI Num. T X H P D 0 0 0 0 | Page 4 of 4 |
|---|---|---|
| ★ Crash Date (MM/DD/YYYY) 11 / 30 / 2014 | ★ Crash Time (24HRMM) 1858 | Case ID 0152529114P | Local Use |

## STATEMENTS

Unit No: 2 Person No: 1 Person Type: 1 ALEXIS CARDENAS
Home: 5333 INDIGO ST HOUSTON, TX 77074 Phone: 8323962835
Work: Phone:

MR. CARDENAS SAID HE WAS TRAVELING SOUTH ON S GESSNER AND AS HE MAD A LEFT TURN HIS LIGHT WAS YELLOW AND THE OTHER UNIT RAN THE LIGHT AND HIT HIM.
-------------------------------------------------------------------------

Investigator Name (Printed) S. Smith

Report Date (MM/DD/YYYY) 11 / 30 / 2014



# CITY OF HOUSTON
MUNICIPAL COURTS DEPARTMENT

CITY OF HOUSTON MUNICIPAL COURT
1400 LUBBOCK
HOUSTON, TX 77002

T. (713)837-0311
F. (713)247-8747
www.houstontx.gov/courts

CAUSE NO. **2014 TR 0574744**

THE STATE OF TEXAS
VS.
**ALEXIS J CARDENAS**

IN THE MUNICIPAL COURT
COURT NO. **18 (WESTSIDE)**
1400 LUBBOCK
CITY OF HOUSTON, TX

## CLERK'S CERTIFICATE OF DEFENDANT'S FAILURE TO APPEAR

ON **December 29, 2014** THIS CAUSE CAME ON FOR **CASE INITIATION ARRAIGNMENT** AND IN ACCORDANCE WITH MY OFFICIAL DUTIES OF OFFICE, I, THE UNDERSIGNED DEPUTY CLERK OF THE CITY OF HOUSTON MUNICIPAL COURTS WAS PRESENT IN THE COURTROOM WHEN THIS CAUSE WAS CALLED ON THE DOCKET AND I PERSONALLY OBSERVED THAT THE DEFENDANT DID NOT APPEAR OR ANSWER IN THE COURTROOM. I OBSERVED THAT THE DEFENDANT'S NAME WAS DISTINCTLY CALLED IN ACCORDANCE WITH THE LAW AND, AFTER A REASONABLE TIME GIVEN TO THE DEFENDANT TO ANSWER AND APPEAR, THE DEFENDANT NEITHER ANSWERED NOR APPEARED. I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN.

EXECUTED UNDER THE OFFICIAL SEAL OF MY OFFICE THIS **MONDAY, DECEMBER 29, 2014.**



_____
DEPUTY CLERK, CITY OF HOUSTON MUNICIPAL COURT

FILED:
**DECEMBER 29, 2014**

DIRECTOR AND CHIEF CLERK
**BOOKER, CHARLOTTE LANG**

CITY OF HOUSTON
HARRIS COUNTY, TEXAS

BY:

_____
DEPUTY CLERK

HyperCourt-CLKCERT-371735244▇▇▇▇-dai1ct18c192262
CREATED ON 12/29/2014 12:25 PM



# Houston Municipal Courts
Municipal Courts Department

CITY OF HOUSTON
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
F. (713) 247-8747
www.houstontx.gov/courts

CAUSE NO. **0574744 TR 2014**

THE STATE OF TEXAS
Vs.
**CARDENAS, ALEXIS**

IN THE MUNICIPAL COURT
COURT NO. **88**
**1400 LUBBOCK**
**HOUSTON, TX**

## COMPLAINT

| | |
|---|---|
| NAME: **CARDENAS, ALEXIS** | VIOLATION CODE: **TP672** |
| ADDRESS: **5833 INDIGO ST HOUSTON, TX 77074** | LEGAL REFERENCE: **TC 521.021** |
| PHONE: **8323962885** | |
| DOB: | 1ST OFFICER: **STEPHAINE NICOLE SMITH** |
| SEX: **M** | 1ST EMP- NO: |
| RACE: **W** | 2ND OFFICER: |
| BOND-AMT: $ | 2ND EMP- NO: |
| VIOLATION CODE DESCRIPTION: **NO VALID DRIVER'S LICENSE - SINGLE BLOCK** | |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:
I, THE UNDERSIGNED AFFIANT, DO SOLEMNLY SWEAR THAT I HAVE GOOD REASON TO BELIEVE, AND DO BELIEVE THAT **CARDENAS, ALEXIS**, HEREINAFTER CALLED DEFENDANT, HERETOFORE, ON OR ABOUT **11/30/2014**, AND BEFORE MAKING AND FILING OF THIS COMPLAINT, WITHIN THE TERRITORIAL LIMITS OF THE CITY OF HOUSTON, TEXAS, DID THEN AND THERE UNLAWFULLY **OPERATE A MOTOR VEHICLE IN THE 10600 BLOCK OF S GESSNER A PUBLIC STREET WITHOUT A VALID DRIVER'S LICENSE, AND WAS NOT EXPRESSLY EXEMPTED.**

AGAINST THE PEACE AND DIGNITY OF THE STATE:

AFFIANT:

*[signature]*

STACEY SALGADO
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME BY AFFIANT THIS DATE **10/5/2015**

*[signature]*

KEVIN WILKINS
DEPUTY CLERK, MUNICIPAL COURT,
HOUSTON, TEXAS

CAUSE# 0574744 TR 2014

Warrant Verification From HPD - Received On Sunday, January 10, 2016 3:11 AM
Terminal Id: 991601100911238946#MSSQUERY#1034M#151634

---

First Name: ALEXIS
Last Name: CARDENAS
Middle Name: J
Suffix:

Date Of Birth:
Race: White
Gender: Male

ID Number:
ID State:
Plate Number:

Address1: 10301 SANDPIPER
Address2: Apt# 217
State: TX
Zip: 77096
City: HOUSTON

*4xWV*

*④xWNV*

*NO Capias*



# City of Houston
# Ticket Payment System

Frequently Asked Questions

## Review Search Results

**OUTSTANDING CITATION(S)**

Your outstanding citation(s) and related offenses are listed below.

- Select the Citation Number to view ticket details including outstanding offenses that must be paid (maximum 7 cases may be selected).
- Select 'Continue' to view your invoice which displays the offenses marked for payment.

| | Citation Number | Name | Case Number | Description | Amount Due |
|---|---|---|---|---|---|
| ☐ | 135107296 | ALEXIS CARDENAS | 0574744 TR 2014 | NO VALID DRIVER'S LICENSE - SINGLE BLOCK | $310.70 |
| ☐ | 135107296 | ALEXIS CARDENAS | 0574747 TR 2014 | FAILURE TO ESTABLISH FINANCIAL RESPONSIBILITY | $401.70 |
| ☐ | 135107296 | ALEXIS CARDENAS | 0574749 TR 2014 | FAIL TO YIELD RIGHT-OF-WAY MAKING A LEFT TURN AT AN INTERSECTION-ACCIDENT | $401.70 |
| ☐ | F135107296 | ALEXIS CARDENAS | 0000479 FTA 2015 | FAILURE TO APPEAR (CUSTODY) | $304.20 |

[Back to Search] [Continue]

**PREVIOUS OFFENSES**

**The offenses for which you have recently initiated payment, or paid for in full, are listed below**

- **If there is no Transaction Date populated, but there is a date in the Initiation Date column, this means that you have either just submitted a payment and we have not updated our system, or you have opted out of completing the payment after selecting to pay the offense(s). Therefore, further attempts at payment on this matter will not be permitted for 48 hours.**

No previous offenses found.

If a ticket listed is not yours, call the 3-1-1 Houston Service Helpline at 713-837-0311.

For questions about your ticket please call the 3-1-1 Houston Service Helpline at 713-837-0311 or send an email to 311@houstontx.gov.

Privacy Policy                                              © 2002 - 2015 JPMorgan Chase Bank, N.A.

# Houston Municipal Courts
## Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts

CAUSE NO. 0574744 TR 2014

SONIA FERNANDEZ
ALIAS:
7818 SUMMERDALE DR
ROSENBERG, TX

Phone Contact: 8323301448

THE STATE OF TEXAS
-VS-
CARDENAS, ALEXIS

IN THE MUNICIPAL COURT
COURT NO. 25
700 N. SAN JACINTO
HOUSTON, TX  77002

## SUBPOENA

TO THE CHIEF OF POLICE, MARSHAL, OR ANY POLICE OFFICER, HOUSTON, TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED TO SUMMON
**SONIA FERNANDEZ**
TO BE AND APPEAR BEFORE MUNICIPAL COURT **25, 700 N. SAN JACINTO   HOUSTON, TX** ON **7/7/2025**, AT **8:00 AM** AND THERE TO TESTIFY AS WITNESS IN A CRIMINAL ACTION, TO-WIT: **NO VALID DRIVER'S LICENSE - SINGLE BLOCK** WHICH ALLEGEDLY OCCURRED ON **11/30/2014** AT **10600 S GESSNER**, NOW PENDING IN SAID COURT STYLED THE STATE OF TEXAS VS **CARDENAS, ALEXIS** AND THERE REMAIN UNTIL DISCHARGED BY SAID COURT.

HEREIN FAIL NOT, BUT OF THIS WRIT MAKE DUE RETURN AS THE LAW DIRECTS.

**GREGORY PRIER**                                7/7/2025
Gregory Prier                                    Date
Clerk of the Municipal Court of the
City of Houston
Harris County, Texas



COME TO MY HAND July 7, 2025 #CC___
EXECUTED July 7, 2025       #CC___
BY IN PERSON ☐    TELEPHONE ☐    MAIL ☐

_____
MARSHAL – POLICE OFFICER

PLEASE CALL 311 OR 713.837.0311 AT LEAST 24 HOURS IN ADVANCE TO VERIFY THE CASE STATUS.

Subpoena
7/7/2025 5:16 AM



# Houston Municipal Courts
## Legal Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002
T (713) 837-0311
www.houstontx.gov/courts

**CAUSE NUMBER: 0574744 TR 2014**

**STATE OF TEXAS**
**VS.**
**CARDENAS, ALEXIS**

**IN MUNICIPAL COURT NO. 25**
**CITY OF HOUSTON**
**HARRIS COUNTY, TEXAS**

### STATE'S MOTION TO DISMISS

The State of Texas, pursuant to Article 32.02 of the Code of Criminal Procedure, moves the Court to dismiss the above entitled and numbered criminal action, for the following reason: **OFFICER NOT PRESENT.**

*Sean Townsend* (signature)

7/7/2025
Date

**SEAN TOWNSEND**
Assistant City Attorney

# Houston Municipal Courts
## Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts

## Order of Dismissal

CAUSE NUMBER: **0574744 TR 2014**

| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>**CARDENAS, ALEXIS** | IN THE MUNICIPAL COURT<br>COURT NO. **25**<br>HOUSTON, HARRIS COUNTY, TEXAS |

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **NO VALID DRIVER'S LICENSE - SINGLE BLOCK**, WAS BEFORE THE COURT. THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - OFFICER NOT PRESENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

July 7, 2025

*Scott*

DARRYL SCOTT
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

7/7/2025
Date

Finding: CASE DISMISSED - OFFICER NOT PRESENT

| | | |
|---|---|---|
| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS.<br>IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | Court Costs: | $0.00 |
| | Fine Amt: | $0.00 |
| | Fees: | $0.00 |
| | DPS Fees: | $30.00 |
| | Collection Fees: | $0.00 |
| | Time Served: | $0.00 |
| | **Total Due:** | **$30.00** |

DISMISSAL
Created on 7/7/2025 8:04 AM

# Houston Municipal Courts
Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts

## COURT TRIAL
## JUDGMENT RECORD AND MINUTES

CAUSE NUMBER: 0574744 TR 2014

THE STATE OF TEXAS  
VS.  
CARDENAS, ALEXIS  

IN THE MUNICIPAL COURT  
COURT NO. 25  
HOUSTON, HARRIS COUNTY TEXAS  

TICKET NUMBER: 135107296

ON THIS DAY THIS CASE WAS CALLED FOR COURT TRIAL, AND BOTH PARTIES APPEARED, ANNOUNCED READY FOR TRIAL, AND THE DEFENDANT PLEADED **NOT GUILTY** TO THE ACCUSATION IN THE COMPLAINT AND WAIVED A TRIAL BY JURY, AND THE COURT HAVING HEARD THE EVIDENCE IS OF THE OPINION THAT THE DEFENDANT IS **NOT GUILTY** AS CHARGED. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT THE STATE OF TEXAS, FOR THE USE AND BENEFIT OF THE CITY OF HOUSTON, TEXAS, DO HAVE AND RECOVER OF THE DEFENDANT THE FINE OF **$0.00**, AND THE COSTS OF **$0.00**, AND THE FEE OF **$0.00**, AND THE D.P.S. FEE OF **$30.00** AND THE COLLECTION FEE OF **$0.00** FOR WHICH EXECUTION WILL ISSUE, AND IN DEFAULT OF PAYMENT, THAT THE DEFENDANT BE COMMITTED TO JAIL UNTIL SAID FINE IS PAID AT THE RATE OF **$150.00** FOR EACH 24-HOUR PERIOD SERVED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT THERE BE COLLECTED FROM THE DEFENDANT ALL COSTS OF THE COURT ON BEHALF OF THE STATE OF TEXAS.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT PURSUANT TO THE CODE OF CRIMINAL PROCEDURE, ARTICLE 45A.263, THE FINE AND COSTS OF THE COURT MAY BE COLLECTED BY EXECUTION AGAINST THE DEFENDANT'S PROPERTY IN THE SAME MANNER AS A JUDGEMENT IN CIVIL SUIT.

IT IS FURTHER ORDERED THAT IF THIS CONVICTION IS A RESULT OF AN OFFENSE COMMITTED BY A PERSON WHO IS TEN YEARS OF AGE OR OLDER AND UNDER 17 YEARS OF AGE, THEN THIS CONVICTION IS SUBJECT TO NONDISCLOSURE PURSUANT TO CODE OF CRIMINAL PROCEDURE, ARTICLE 45A.462.

DATE: **July 7, 2025**

7/7/2025  
Date

DARRYL SCOTT  
JUDGE, MUNICIPAL COURTS, HOUSTON, TEXAS

| | |
|---|---|
| Court Costs: | $0.00 |
| Fine Amt: | $0.00 |
| Fees: | $0.00 |
| DPS Fees: | $30.00 |
| Collection Fees: | $0.00 |
| Time Served: | $0.00 |
| **Total:** | **$30.00** |

JUDGMENT MINUTES COURT TRIAL  
Created on 7/7/2025 8:04 AM

# Houston Municipal Courts
## Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts

## Order of Dismissal

CAUSE NUMBER: **0574747 TR 2014**

| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>**CARDENAS, ALEXIS** | IN THE MUNICIPAL COURT<br>COURT NO. **25**<br>HOUSTON, HARRIS COUNTY, TEXAS |

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **FAILURE TO ESTABLISH FINANCIAL RESPONSIBILITY**, WAS BEFORE THE COURT. THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - OFFICER NOT PRESENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

July 7, 2025

*/s/ Scott*

DARRYL SCOTT
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

7/7/2025
Date

Finding: CASE DISMISSED - OFFICER NOT PRESENT

| | | |
|---|---|---|
| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS.<br>IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | Court Costs: | $0.00 |
| | Fine Amt: | $0.00 |
| | Fees: | $0.00 |
| | DPS Fees: | $30.00 |
| | Collection Fees: | $0.00 |
| | Time Served: | $0.00 |
| | **Total Due:** | **$30.00** |

DISMISSAL
Created on 7/7/2025 8:04 AM

# Houston Municipal Courts
## Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts

## Order of Dismissal

CAUSE NUMBER: 0574749 TR 2014

THE STATE OF TEXAS
VS.
**CARDENAS, ALEXIS**

IN THE MUNICIPAL COURT
COURT NO. 25
HOUSTON, HARRIS COUNTY, TEXAS

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **FAIL TO YIELD RIGHT-OF-WAY MAKING A LEFT TURN AT AN INTERSECTION-ACCIDENT**, WAS BEFORE THE COURT. THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - COMPLAINING WITNESS ABSENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

July 7, 2025

*Scott* [signature]

DARRYL SCOTT
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

7/7/2025
Date

Finding: CASE DISMISSED - COMPLAINING WITNESS ABSENT

| | | |
|---|---|---|
| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS. IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | Court Costs: | $0.00 |
| | Fine Amt: | $0.00 |
| | Fees: | $0.00 |
| | DPS Fees: | $30.00 |
| | Collection Fees: | $0.00 |
| | Time Served: | $0.00 |
| | **Total Due:** | **$30.00** |

DISMISSAL
Created on 7/7/2025 8:01 AM