**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

MARIA CARDENAS, individually and as representative of the ESTATE OF ALEXIS JOVANY CARDENAS and as next friend of F.A., a Minor, K.C., a Minor, K.C., a Minor, and A.C., a Minor; and ELENA GUZMAN

Plaintiffs,

Civil Action No. 4:26-cv-01585

v.

Jury Trial Demanded

HARRIS COUNTY, a county of the State of Texas; and JOHN DOE OFFICERS #1 – 18,

Defendants.
_________________________________/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**

Plaintiffs, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby submit this Notice of Voluntary Dismissal of Counts 7, 8, and 9 of Plaintiffs' Complaint (Dkt. No. 1) against Defendant Harris County. Plaintiffs do not dismiss any of the claims made against any Individual DOE Defendant in Counts 7, 8, or 9, nor do they dismiss any other claims made against Defendant Harris County aside from those made in Counts 7, 8, and 9. Plaintiffs respectfully seek a Court Order dismissing Counts 7, 8, and 9 against Defendant Harris County.

Dated: July 8, 2026

Respectfully submitted,

**TERRY & THWEATT, P.C.**

By: ______________________

L. Lee Thweatt
State Bar No. 24008160
114 Byrne Street
Houston, Texas 77009
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
lthweatt@terrythweatt.com

Lauren Bonds
Texas Bar No. 24090504
National Police Accountability Project
1403 Southwest Blvd
Kansas City, KS 66103
Telephone: (620) 664-8584
legal.npap@nlg.org

Eliana Machefsky (admitted *Pro Hac Vice*)
California State Bar No. 342736
National Police Accountability Project
1935 Addison St., Ste. A
Berkley, CA 94704
Telephone: (504) 220-0401
Eliana.npap@nlg.org

Keisha James (admitted *Pro Hac Vice*)
District of Columbia Bar No. 1658974
New York Bar No. 5709449
National Police Accountability Project
P.O. Box 56386
Washington, D.C. 20040
Telephone: (202) 557-9791
Keisha.npap@nlg.org

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

By: ______________________________
L. Lee Thweatt