**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARIA CARDENAS, individually and as next representative of the ESTATE OF ALEXIS JOVANY CARDENAS and as next friend of F.A., a Minor, K.C., a Minor, K.C., a Minor and A.C., a Minor; and ELENA GUZMAN** | § | **CIVIL ACTION NO. 4:26-cv-01585** |
| ***Plaintiffs,*** | § | **JURY DEMANDED** |
| **v.** | § | |
| **HARRIS COUNTY, a county of the State of Texas; and JOHN DOE OFFICERS #1-18** | § | |
| ***Defendants.*** | § | |

**DEFENDANT HARRIS COUNTY'S ADVISORY REGARDING THE IDENTIFICATION OF DOE DEFENDANTS**

TO THE HONORABLE JUDGE WERLEIN:

Through Fed. R. Civ. P. 26 Disclosures served on July 10, 2026, Defendant Harris County provided Plaintiffs the names and photographs of 23 detention officers identified in the video of the incident at issue.

Date: July 10, 2026.

Respectfully submitted,

By: */s/ Frank J. Ford*
**FRANK J. FORD**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24012642
Fed. Bar No. 565385
Tel: (832) 570-7582 (direct)
frank.ford@harriscountytx.gov

**OFFICE OF THE HARRRIS COUNTY ATTORNEY**

Harris County Attorney's Office
1010 Lamar, 11th Floor
Houston, Texas 77002

**ATTORNEY FOR DEFENDANT HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

*/s/ Frank J. Ford*
Frank J. Ford