United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CARDENAS, individually and as next representative of the ESTATE OF ALEXIS JOVANY CARDENAS and as next friend of F.A., a Minor, K.C., a Minor, K.C., a Minor and A.C., a Minor, § and ELENA GUZMAN, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. H-26-1585 |
| HARRIS COUNTY, a county of the State of Texas and JOHN DOE OFFICERS # 1-18, | § | |
| Defendants. | § | |

ORDER OF DISMISSAL OF THREE COUNTS AGAINST DEFENDANT HARRIS COUNTY

The Court is in receipt of Plaintiffs' Notice of Voluntary Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A), in which Plaintiffs request that the Court dismiss the state law claims alleged in Counts 7, 8, and 9 of the Original Complaint against Defendant Harris County only (Document No. 32).

Accordingly, it is

ORDERED that Counts 7, 8, and 9 of the Original Complaint are DISMISSED against Defendant Harris County only. All other Claims

alleged by Plaintiffs against Defendant Harris County and against John Doe Defendants # 1-18 shall not be affected by this dismissal.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 10th day of July, 2026.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE